**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CAROL A. HELSTROM, Civil No. 02-29 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

PROFESSIONAL SERVICE BUREAU, INC.,
a Minnesota corporation.

Defendant.

---

Eric Crandall, Esq., Candall Law Office, 275 South 3rd Street, Suite 205, Stillwater, MN 55082, counsel for Plaintiff.

Michael Klutho, Esq., Bassford Lockhart Truesdell & Briggs, 3550 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant.

---

Before the Court is Plaintiff's Motion to Dismiss. Defendant does not oppose the motion.

Therefore,

**IT IS ORDERED** that:

1. Plaintiff's Motion to dismiss is **GRANTED**.

2. The individual claims of Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs including attorney's fees.

Dated: April 5, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 0 5 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______